**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

UNITED STATES OF AMERICA, )
)
        Plaintiff, )   Cr. No. ___06-10063___
)
v. )
)   18 U.S.C. § 922(g)
CHARLES EDWARD BRIGHT, )
)
        Defendant. )
)

# I N D I C T M E N T

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about February 14, 2006, in the Western District of Tennessee, the defendant,

--------------------------------CHARLES EDWARD BRIGHT----------------------------------------

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: Robbery, in Case Number 97cr1086, in the Criminal/Circuit Court of Carroll County, Tennessee, on July 21, 1997, and Burglary, in Case Number 3262, in the Criminal/Circuit Court of Weakley County, Tennessee, on June 24, 1997, did knowingly possess and receive a firearm which had been shipped and transported in interstate commerce, that is: a Marlin Firearms Co., 30-30 caliber rifle, in violation of Title 18, United States Code, Section 922(g).

A TRUE BILL

s/Jury Foreperson

DATE: 8.28.06

s/Assistant United States Attorney

2