**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**Eastern Division**

**UNITED STATES OF AMERICA**

**-vs-**                                                        **Case No.  1:06cr10063-001T**

**CHARLES BRIGHT**

**ORDER OF TEMPORARY DETENTION**
**PENDING HEARING[1] PURSUANT TO**
**BAIL REFORM ACT**

Upon motion of the Government, it is **ORDERED** that a detention hearing is set for

**WEDNESDAY**, **OCTOBER 4, 2006** at **11:00 A.M.** before United States Magistrate **Judge S.**

**Thomas Anderson** in **Courtroom No. 2, Fourth Floor**, United States Courthouse and Federal

Building, 111 South Highland, Jackson,  TN.  Pending this hearing, the defendant shall be held in

custody by the United States Marshal and produced for the hearing.

Date:   October 2, 2006

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

---

[1]If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the government, or up to five days upon motion of the defendant.  18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present.  Subsection (1) sets forth the grounds that may be asserted only by the attorney for the government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the government or upon the judicial officer's own motion, if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate or attempt to threaten, injure, or intimidate a prospective witness or juror.

AO 470 (8/85) Order of Temporary Detention