

**U.S. Department of Justice**

*United States Attorney*
*Western District of Tennessee*
*Eastern Division*

| | |
|---|---|
| *109 S. Highland* | *Telephone 731.422.6220* |
| *Suite 300* | *Fax 731.422.6668* |
| *Jackson, Tennessee 38301* | *TTY 731.422.6650* |

November 17, 2006

Ms. April R. Goode
Assistant Federal Public Defender
200 Jefferson Avenue, Suite 200
Memphis, Tennessee 38103

Re:    United States v. Charles Edward Bright
       Case No. 06cr10063-T

Dear Ms. Goode:

This letter is written in response to your letter requesting discovery received in this office on October 11, 2006.

In accordance with Rule 16 of the Federal Rules of Criminal Procedure, I am providing you with copies of the following: an NCIC record with related judgments of conviction, a report containing statements attributed to your client, and an ATF nexus report, for a total of twenty-three (23) pages.

Please notify me at once should you discover any items incomplete or any of the sequentially numbered pages missing.

Also, please consider any item that is within the government's possession, custody, or control, as evidence that may be used in the government's case-in-chief at trial. As any such item may be material to the preparation of your defense, or may have been obtained from or belong to your client, accordingly, if copies have not been provided to you with this letter, you will be permitted to inspect all those items and to copy or photograph those items that are intended to be used in the government's case-in-chief at trial in accordance with Rule 16 (a)(1)(E).

The firearm and any other tangible seized evidence may be examined by appointment. To do so please contact the case agent, ATF Special Agent Tommy Estevan, at 901-544-0321.

The government is unaware of any Rule 404(b) type evidence in this case. You will be advised promptly should this circumstance change.

The government responds to your other requests by stating that to the extent your letter requests items that are either not discoverable pursuant to Rule 16 of the Federal Rules of Criminal Procedure or not applicable to the instant offense, the United States objects to your request on those grounds. Further, the United States is aware of its continuing duty under Rule 16 (c),

*Brady v. Maryland* and *United States v. Giglio.*

Please consider this letter the government's request for reciprocal discovery pursuant to Rule 16 (b) of the Federal Rules of Criminal Procedure.

Feel free to contact me if you have any questions related to this matter, or if I can be of assistance in reaching a resolution of this case. I especially urge you to advise me of any problems encountered which impinge on your obtaining completion of your Rule 16 request or affect my compliance therewith.

Sincerely,

DAVID KUSTOFF
United States Attorney

By: *s/ James W. Powell*
_____
James W. Powell
Assistant United States Attorney

Enclosures
cc: U.S. District Court Clerk (w/o enclosures)