IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06CR10063 - T |
| | ) | |
| CHARLES EDWARD BRIGHT, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION PURSUANT TO U.S.S.G. § 3E1.1

COMES NOW, the United States of America, by and through David Kustoff, United States Attorney, and James W. Powell, Assistant United States Attorney for the Western District of Tennessee, and pursuant to U.S.S.G. § 3E1.1(b), moves the Court to grant the defendant a one level decrease in the defendant's offense level. In support of this motion, the government states the following:

1. The defendant, CHARLES EDWARD BRIGHT, has clearly demonstrated acceptance of responsibility for his offense, and thereby is entitled to a decrease of the offense level by two (2) levels pursuant to U.S.S.G. § 3E1.1(a).

2. The defendant, CHARLES EDWARD BRIGHT, has assisted authorities in the investigation or prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the Court to allocate their resources efficiently.

3. On December 11, 2006, the defendant, CHARLES EDWARD BRIGHT, withdrew his previously entered "Not Guilty" plea and changed his plea to "Guilty."

WHEREFORE, for the foregoing reasons, pursuant to U.S.S.G. § 3E1.1(b), the government moves this Court to reduce the defendant's total offense level by one (1) additional level, for a total of three levels for acceptance of responsibility. U.S.S.G. § 3E1.1(a) & (b).

Respectfully submitted,
DAVID KUSTOFF
United States Attorney

*s/ James W. Powell*

By: JAMES W. POWELL
Assistant United States Attorney
109 South Highland Avenue, Suite 300
Jackson, Tennessee 38301
(731) 422-6220
Tennessee Bar No. 9614
Email: James.Powell@usdoj.gov

CERTIFICATE OF SERVICE

I, James W. Powell, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing has been delivered, this 8th day of February 2007, to:

Ms. April Goode
Assistant Federal Public Defender
200 Jefferson Avenue, Suite 200
Memphis, Tennessee

and

Mr. Bobby E. Appleton
United States Probation Officer
109 South Highland Avenue
Jackson, Tennessee

*s/ James W. Powell*

James W. Powell
Assistant United States Attorney