IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )
                                     )
v.                                   )            No. 1:06CR10063-T
                                     )
CHARLES EDWARD BRIGHT,               )
                                     )
            Defendant.               )
                                     )

POSITION OF PARTIES WITH RESPECT TO SENTENCING FACTORS (USA)

COMES NOW, the United States of America, by and through David Kustoff, United States

Attorney for the Western District of Tennessee, and his duly appointed representative, and pursuant

to Local Criminal Rule 32.1(d), United States District Court, Western District of Tennessee, files

this pleading to advise the Court that the United States of America has no objections to the

presentence investigation report filed in this cause.

Respectfully submitted,

DAVID KUSTOFF
United States Attorney

By:   *S/ James W. Powell*

JAMES W. POWELL
Assistant U.S. Attorney
109 South Highland, Suite 300
Jackson, Tennessee  38301
(901) 422-6220
(TN. Bar No. 9614)
Email: James.Powell@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I, James W. Powell, Assistant United States Attorney for the Western District of Tennessee,

hereby certify that a copy of the foregoing has been delivered this 8th day of February 2007 to:

Ms. April R. Goode
Assistant Federal Public Defender
200 Jefferson Avenue, Suite 200
Memphis, Tennessee

and

Mr.  Mark Escue
United States Probation Officer
109 South Highland Avenue
Jackson, Tennessee

*S/ James W. Powell*

JAMES W. POWELL
Assistant United States Attorney