Clerk 12-09-13

I am writing in regards to my Court Docket sheet for violation of supervised release one for the month of April 2013 and one for October 2013 can you please send me these Docket sheets for those hearings

Thank you

Sincerely
Charles Bright
#20974-076 unit 2-B
united States penitentiary Mc Creary
P.O Box 3000
pine knot Ky 42635

RECEIVED

DEC 1 2 2013

CLERK, U.S. DIST. COURT
WESTERN DIST. OF TENN

Name *Charles Bright*
Reg. No. 20974-076  Unit 2-B
United States Penitentiary McCreary
P.O. Box 3000
Pine Knot, KY 42635

RECEIVED
DEC 1 2 2013
U.S. DIST. COURT
WESTERN DIST. OF TENN

⇔20974-076⇔
United States Court House
111 S Highland AVE
Room 262
Jackson, TN 38301
United States

USA
FOREVER

38301610162